Millard F. Price
#441452 - J.T.V.C.C.
1181 Paddock Road
Smyrna, DE 19977

18-1056



FILED
JUL 16 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

July 11, 2018

Honorable Judge Sue Robinson
J. Caleb Boggs Federal Building
844 N. King Street, Rm 4124
Wilmington, DE 19801

RE: Medical - J.T.V.C.C.

Honorable Judge Robinson:

I received your name from a concerned inmate in J.T.V.C.C. We share similarity in our medical situations, and how you were an "angel" concerning his remedy concerning the arbitrary cancellation of his tramadol-ER Medication. I have been on tramadol for years. I have had two (2) hip replacements: April 2017 and October 2017. Since those operations, my back has exploded in complications: curvature of the spine, stenosis and three other major complications. I can't remember the medical terms. However, these conditions are documented on a M.R.I. performed on 5-22-18. Two

☑ LEGIBLE SCAN
(CHECK ONE)

☐ ARCHIVE THIS
PAPER DOCUMENT

Honorable Judge Sue Robinson
July 11, 2018
Page 2

of the five conditions record pain levels from moderate to severe.

My medication for tramadol has mysteriously stopped 3X in the past 20-days from 6-20-18 to 7-10-18. On 6-21-18 my sister, Julie Delorenzo (302)495-7032, who has P.O.A. and HIPPA authorization got involved and e-mailed Deputy Warden Scarborough, Warden Metzger and Marc Richman, Bureau Chief. Subsequently, and without explanation my medication was re-instated after examination by a Nurse Practioner on 6-22-18. My medication stopped again on 6-30-18 for 3 days. Subsequently, I requested to review my medical files, all electronic medical data, and filed 3-medical grievances alleging mismanagement of narcotic medication, malpractice and deliberate indifference. My medication was reinstated 7-3-2018. My medication stopped on 7-9-18. I was advised by the nurse administering meds that, "this is your last tramadol-ER." I exclaimed, I just saw a nurse practioner on 6-22-18, this is a new prescription. He advised, "an anonymous letter was received, someone snitched you out, you have been selling your medication." I

Honorable Judge Sue Robinson
Page 3
July 11, 2018

was ecstatic and said it was, "a lie from the pits of hell!"

I take my medication as prescribed in the presence of a nurse accompanied by mouth checks. The administration has spent millions of dollars on cameras but fail to use that very technology in a situation like this when I'm under 24-hour surveillance by 3-cameras. It's a sad day in this prison when someone's medical treatment/pain management can be stopped by anonymity. If that's the case, anyone's treatment is subject to being stopped anonymously.

My sister, Julie, tells me that through her phone calls/e-mails she has been conversing with a person named Jayme Gravell at the prison, and she advises that no such anonymous letter was received stating I was selling medication. When I went for medication today at 5:06 pm, I asked the medication nurse who told him that someone submitted a letter and authorized my medication to stop? His response in front of witnesses was, "I was kind enough to tell you what happened, I'm not a snitch and I'm not getting involved." Apparently, there's some unethical

Honorable Judge Sue Robinson
July 11, 2018
Page 4

Medical practice going on around here. I don't know what else to do. A referral was made to a neuro-surgeon on 5-22-18 but medical/DOC have not approved the consult. The medical dept. knows I have documented pain but have stopped all tramadol-ER pain meds without me having been seen by a medical provider. I'm at the mercy of a medical/DOC system that feels it can be deliberately indifferent to one's medical needs and inflict pain at their discretion beyond that prescribed by the 8th Amendment. Will you please help me?

Sincerely,

Millard E.T.


cc: Julie DeLorenzo

Millard E. Price
SBI# 441452   UNIT T-9-47
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

FILED
JUL 16 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Judge Sue Robinson
J. Caleb Boggs Federal Bldg.
844 N. King St. Rm# 4124
Wilmington, DE
19801

WILMINGTON DE
12 JUL 2018 PM

U.S.M.S
X-RAY

ZIP 19977
0000345484  $000.47⁰
JUL 12 2018

1SB013519 C012